**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6715**

_____

CALVIN MOORE,

        Plaintiff - Appellant,

    v.

MR. WITHAM, Warden; MRS. CARTER, Head Nurse; MRS. TARASOVA, Doctor,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:21-cv-00650-TSE-JFA)

_____

Submitted:  November 17, 2022                    Decided:  November 23, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Moore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Moore appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to comply with the court's order. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Moore's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*